**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **PATTY COOK,** | § § | |
| **Plaintiff,** | § § | Civil Action No. 3:16-cv-02651-G |
| **v.** | § § | |
| **FINGERHUT,** | § § | |
| **Defendant.** | § § § | |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s/ Justin R Opitz*                              */s/ Amy L. Bennecoff Ginsburg*

Justin R Opitz, Esq.                              Amy L. Bennecoff Ginsburg (AB 0891)
McGuireWoods LLP                                  Kimmel & Silverman, P.C.
2000 McKinney Avenue, Suite 1400                  30 East Butler Pike
Dallas, TX 75201                                  Ambler, PA 19002
214-932-6471                                      Phone: (215) 540-8888
214-273-7487 (fax)                                Fax: (877) 788-2864
Email: jopitz@mcguirewoods.com                    Email: aginsburg@creditlaw.com
Attorney for the Defendant                        Attorney for the Plaintiff

Date: April 27, 2017                              Date: April 27, 2017


BY THE COURT:


_____
                                                                J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 27th day of April, 2017:

Justin R Opitz, Esq.
McGuireWoods LLP
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
214-932-6471
214-273-7487 (fax)
Email: jopitz@mcguirewoods.com

Jessica Zoe Savran, Esq.
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
612-766-7000
612-766-1600 (fax)
Email: jessica.savran@faegrebd.com

                                                */s/ Amy L. Bennecoff Ginsburg*
                                                Amy L. Bennecoff Ginsburg
                                                Kimmel & Silverman, P.C.
                                                30 East Butler Pike
                                                Ambler, PA 19002
                                                Phone: (215) 540-8888
                                                Fax: (877) 788-2864
                                                Email: aginsburg@creditlaw.com
                                                Attorney for the Plaintiff